# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patrick Mixon and
Kelly Mixon ,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                              3:12cv77

Wells Fargo Home Mortgage
et al,

       Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/23/2012 Order.

                                          Signed: April 23, 2012

                                          */s/ Frank G. Johns*
                                          Frank G. Johns, Clerk
                                          United States District Court